

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00142-CV

| | | |
|---|---|---|
| JASON HOHEISEL AND AUDRA HOHEISEL, Appellants | § | On Appeal from the 48th District Court |
| v. | § | of Tarrant County (048-292873-17) |
| | § | January 23, 2020 |
| MICKY BOYD AND CARRIE BOYD, Appellees | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Jason Hoheisel and Audra Hoheisel shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
      Justice Dabney Bassel